# EXHIBIT A

| Def. # | Seller Alias | URL |
|---|---|---|
| 1 | imego2022 | 118676727900@163.com |
| 2 | swa2211mi | jay2211p@gmail.com |
| 3 | shoppingduoxinmall | 3370259531@qq.com |
| 4 | kaiixiinn | kaiixinn@hotmail.com |
| 5 | nofriends2587 | videodanny@gmail.com |
| 6 | letoaw | kilateso@hotmail.com |
| 7 | neanth | neacioan@outlook.com |
| 8 | dental*factory*store | dajidali2019888@sohu.com |
| 9 | wholesale*factory*store888 | meilidongren2018@sina.com |
| 10 | mahlof hazan | davve871@gmail.com |
| 11 | Sgabshop | jojimopamokoskaune@gmail.com |
| 12 | sixelevendesigns | sewellnicolette@gmail.com |
| 13 | zxm553 | zxl12861@outlook.com |
| 14 | buy-live-and-direct | bfisherplumbing@hotmail.co.uk |
| 15 | moumouyin | mous79@163.com |
| 16 | Htwon | hengtaiguo@hotmail.com; htmingcheng@126.com |
| 17-1 | Shanghai Fu New intelligent Technology Co., LTD | skykey0478@skykey.xyz |
| 17-2 | Yongzhou new Bund trading Co., LTD | maslo09@126.com |
| 17-3 | Shenzhen Baifenghong Technology Electronics Co., LTD | deinfe443@outlook.com |
| 17-4 | Shenzhen Qianhai Haiyi Industrial Co., LTD | signifieui@outlook.com |
| 17-5 | Shenzhen Landy Weiss trading Co., LTD | 2850745159@qq.com |
| 17-6 | Guangzhou Henghe trading Co., LTD | 3004621794@qq.com |
| 17-7 | Shenzhen Huatu Holding Co., LTD | jdwoerma14@163.com |
| 17-8 | Shenzhen Qiqi Information Technology Co., LTD | qiqi_77xin@163.com |
| 18-1 | Jinan Nanju Network Technology Co, LTD | skykey0478@skykey.xyz |
| 18-2 | Jinan Nanju Network Technology Co, LTD | skykey0478@skykey.xyz |
| 18-3 | Shanghai Tianke Network Technology Co, LTD | skykey0478@skykey.xyz |
| 18-4 | Jinan Nanju Network Technology Co, LTD | skykey0478@skykey.xyz |

| Def. # | Seller Alias | URL |
|---|---|---|
| 19 | COLIARY | 3479274500@qq.com |
| 20 | HK POOH HUG LIMITED | e-ming2018@outlook.com |
| 21 | Deyuer | yuandeihuaou@yeah.net |
| 22 | Toopower | maibaobei22@163.com |
| 23 | REEREEN Co. Ltd | szxiexongwla@outlook.com |
| 24 | Sweetbox | gzgoldleo@yeah.net |
| 25 | Xinwanna | xwqkjyxgs5nice@yeah.net |
| 26 | iaksohdu | jisangdkange@yeah.net |
| 27 | Fairnull | dhenmx@126.com |
| 28 | Chao's Choice Co.ltd | aofumaozc@163.com |
| 29 | Vinegarsun | kklaoss@163.com |
| 30 | Zacro-US | brownman@ostartek.com |
| 31 | Tsuinz | hengtaihuarui@126.com; hengtaihuarui@163.com |
| 32 | FEIGO | woerma20211@163.com |
| 33 | JT Beauty Store | ruanlu3234702@163.com |
| 34 | Jahyshow Technology Co., Ltd | jhywm99@163.com |
| 35 | RAIN | xiaofukeji666@163.com |
| 36 | QianMai | xiamenkunhaoda@163.com |
| 37 | Likede Store | wrinklesyg@163.com; mahddbbtb@sina.com |
| 38 | Mengmengyu | wengytiyag@163.com; mjuhvakum@sina.com |
| 39 | Zhonghenglai | adjudgedg@163.com; bjunrvpwi@sina.com |
| 40 | Canyi | retsel2@126.com |
| 41 | DISMISSED | DISMISSED |
| 42 | ifanze | zhongkegood@outlook.com |
| 43 | FAMKIT | remadmane@outlook.com |
| 44 | Shi Le Yi | leyidianziwm@outlook.com; shileyius@shileyius.com |
| 45 | DARSHION | longyangkejiwm@163.com |
| 46 | BeimeiPro | aorders2@163.com |
| 47 | DISMISSED | DISMISSED |
| 48 | LeKou | os001tentatious@outlook.com |
| 49 | TechHomePro | aorders3@163.com |
| 50 | MEZEEXBNK Co. Ltd | meisaibang@outlook.com |
| 51 | SunniS Store | xyyfus@163.com |
| 52 | DISMISSED | DISMISSED |
| 53 | AONIU Store | a18073443385@sina.com |
| 54 | DDKK | chenshibin6932@sina.com |
| 55 | DISMISSED | DISMISSED |
| 56 | Talkyo-US | sbsysn@126.com |
| 57 | Jiusike | pdhidfddf@outlook.com |
| 58 | MAMaiuh | mampion@sina.com |

| Def. # | Seller Alias | URL |
|---|---|---|
| 59 | SOthread | brouwer@aliyun.com |
| 60 | Socialme | tyhuiyfg@163.com |
| 61 | DISMISSED | DISMISSED |
| 62 | Asixx#1 | liabojiner@163.com |
| 63 | Usaozak | zxsiqq@163.com |
| 64 | DISMISSED | DISMISSED |
| 65 | Star Ocean Tour | ljd201901amz@163.com |
| 66 | DISMISSED | DISMISSED |
| 67 | DISMISSED | DISMISSED |
| 68 | Recall-US | foshanrecall@163.com |
| 69 | Wotryit | 18924609154@139.com |
| 70 | Xinnary2020 | caiyandianzi@sina.com |
| 71 | SANFE ELEPHANT | sfxx005@163.com |
| 72 | Yencoly | yencolyrt@sina.com |
| 73 | USHAWN | funinter@outlook.com |
| 74 | CHICIRIS | marefotus@sina.com |
| 75 | xunooo | xunooo17@163.com |
| 76 | DISMISSED | DISMISSED |
| 77 | Fivehoo | fiveone652frto@outlook.com |
| 78 | CONSLAT | 493459615@qq.com |
| 79 | DISMISSED | DISMISSED |
| 80 | DISMISSED | DISMISSED |
| 81 | TheGroupdeal | yangwangyiww@aliyun.com |
| 82 | xianggenwan | niucairongus@163.com |
| 83 | YunNanXunAnShangMaoYouXianGongSi | hannahwu1229@163.com |
| 84 | AuroraDoll US | aimi23231@163.com |
| 85 | Defeaza | ddddefeaza55@sina.com |
| 86 | Guba | 1925782870@qq.com |
| 87 | HomiStore Direct | yasmemomo@sina.com |
| 88 | Contnary-US | contnary@sina.com |
| 89 | lemaikeji shop | huaxiangranymx876@hotmail.com |
| 90 | DISMISSED | DISMISSED |